| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCCONNELL, MICHAEL W | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>6/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. COURT OF APPEALS - FULL | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>⊙ Initial  ○ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>3/31/2004 |
| 7. Chambers or Office Address<br><br>FEDERAL BUILDING, SUITE 5402<br>125 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84138 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Mayer, Brown, Rowe & Maw (Please see the additional comments in Section VIII) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED SEP 2 11:32 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE · (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | ASPEN PUBLISHING CO., PUBLICATION ROYALTIES | 2,355 |
| 2. | 2003 | YALE UNIVERSITY, PUBLICATION ROYALTIES | 426 |
| 3. | 2003 | WRITERS RESEARCH, PUBLICATION ROYALTIES | 153 |
| 4. | 2003 | DRAKE UNIVERSITY, TEACHING | 20,000 |
| 5. | 2002 | UNIVERSITY OF UTAH, TEACHING (Please see the additional information regarding this income in Section VIII) | 9408 |
| 6. | 2002 | MAYER, BROWN, ROWE & MAW LLP (Please see the additional information regarding this income in Section VIII) | 96,194. |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ████████████ TEACHING INCOME |
| 2. | 2003 | ████████████ TEACHING INCOME |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Columbia Law School | New York, NY, February 1-5, Lecture (Airfare, Lodging, Phone, Cabs, and Meals) |
| 2. | Pepperdine University | Los Angeles, CA, March 8th, Lecture (Airfare, Lodging, Cab, and Meals) |
| 3. | Drake University | Des Moines, IA, March 31st - April 4th, Course (Airfare, Meals, Lodging) |
| 4. | Philadelphia Society | New Orleans, LA, April 26-27, Speech (Hotel, Taxi, Meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 5. | University of Utah | New Orleans, LA, April 24-25, Legal History Research (Airfare, Taxis, Meals, Hotels) |
| 6. | The Federalist Society | New York, NY, April 27-29, Academic Fellowship Meeting (Airfare, Hotel, Taxis, Meals) |
| 7. | Stanford Law School | Stanford, CA, May 2-3, Moot Court (Airfare, Meals, Taxi) |
| 8. | American College of Trial Lawyers | Park City, UT, September 12-13, Lecture (Hotel, Meal) |
| 9. | The Liberty Fund | Lexington, KY, September 18-21, Academic Conference (Airfare, Car, Parking) |
| 10. | The Federalist Society of Washington | Seattle, WA, December 11-12, Speech (Airfare, Tax, Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Washington Mutual (Bank Account) (X) | A | Interest | J | T | | | | | |
| 2. Fidelity Investments IRA #1 (X) | A | Dividend | J | T | | | | | |
| 3. -Spartan 500 Index Fund | | | | | | | | | |
| 4. -Fidelity Cash Reserves Account | | | | | | | | | |
| 5. Fidelity Investments IRA #2 (X) | A | Dividend | L | T | | | | | |
| 6. -Fidelity Worldwide Fund | | | | | | | | | |
| 7. -Fidelity Emergis Markets Fund | | | | | | | | | |
| 8. -Fidelity Cash Reserves Account | | | | | | | | | |
| 9. -Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 10. Fidelity Investments IRA #3 (X) | A | Dividend | M | T | | | | | |
| 11. -Fidelity Magellan Fund | | | | | | | | | |
| 12. TIAA CREF (X) | E | Dividend | O | T | | | | | |
| 13. -TIAA Traditional Fund | | | | | | | | | |
| 14. -CREF Stock Fund | | | | | | | | | |
| 15. -CREF Equity Index Fund | | | | | | | | | |
| 16. -CREF Global Equities Fund | | | | | | | | | |
| 17. American Performance Cash Management Account (X) | A | Interest | L | T | | | | | |
| 18. Dodge & Cox -Common Stock (X) | D | Dividend | M | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 6/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Scudder Equity 500 Index Fund (X) | A | Dividend | J | T | | | | | |
| 20. State Street Research Emerging (X) | C | Dividend | M | T | | | | | |

Income Gain Codes...
See Columns...
Value Codes...

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) Part I, page 1, line 1 -Received final partnership K-1 for year ended November 30, 2003. Interest and position were terminated prior to appointment.

2) Part III, page 1, line 5 -$6,361.92 of this income, though reported for tax purposes in 2003, was earned in 2002 prior to being appointed.

3) Part III, page 1, line 6 -Guaranteed payments. The partnership had a fiscal year end that caused this income, earned in 2002, to be reported on my 2003 tax return. Interest was terminated prior to appointment.

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  8/25/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544